**U.S. COURTS**

OCT 29 2024

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

DeVante Marquise Crump
*(full name/prisoner number)*

PO Box 70010, Pleasant Valley Rd. Boise, ID 83707
*(complete mailing address)*

Plaintiff/Petitioner

## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF IDAHO

DeVante Marquise Crump,
*(full name)*

Plaintiff/Petitioner,

v.

State of Idaho

Defendant/Respondent.

*(if you need additional space, use a blank page for a continuation page)*

Case No.
*(to be assigned by Court)*

**PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS**

By completing this Application, I am requesting in forma pauperis status rather than paying the filing fee at the time of filing. I understand that, if my request is granted in a civil rights case, my fee will not be waived, but I will be responsible to pay the entire fee from my prison trust account in increments, when and as I am able to do so. If my request is granted in a habeas corpus case, the fee will be waived.

1. Are you employed? Yes ◯ No ⊗. If employed, please state your job title and the total amount of wages you make per month.

   None (Incarcerated)   $ X  per month
   Job Title

2. Within the past six (6) months, have you received any money from any of the following sources?
   a. Business, or other form of self-employment?  Yes ◯ No ⊗
   b. Rent payments, interest or dividends?  Yes ◯ No ⊗

**PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS - 1**         *(Rev. 10/24/2011)*

    c.   Pensions, annuities, or life insurance payments?     Yes ◯   No ☒
    d.   Welfare, social security, or disability benefits?       Yes ◯   No ☒
    e    Gifts or inheritances?     Yes ◯   No ☒
    f.    Friends or family?     Yes ◯   No ☒
    g.   Any other sources? _____    Yes ◯   No ☒
                           (identify source)

3. If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past six (six) months.
   ~~_____~~
   _____

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property?

   Yes ◯    No ☒   If the answer is "yes," describe the property and state its approximate value.
   _____
   _____

5. List the persons who are dependent upon your support, state your relationship to those persons, and indicate how much you contribute or are obligated to contribute, toward their support.

   | Person | Relationship | Due Each Month |
   |--------|--------------|----------------|
   | ~~_____~~ | ~~_____~~ | $_____ |
   | ~~_____~~ | ~~_____~~ | $_____ |

6. I have attached a Prison Trust Account Statement to this Form. Yes ◯   No ☒

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 29th day of September, 2024.

Devante M. Crump
Plaintiff/Petitioner

*Notes: You do not need to send a copy of this document to Defendant/Respondent. This Application must be accompanied by a Prison Trust Account Statement. This Application takes the place of an in forma pauperis motion and affidavit. Notarization is not necessary because the Application is signed under penalty of perjury.*

PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS - 2      *(Rev. 10/24/2011)*